JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| FLORA INEZ MORENO, | ) | Case No.: 5:25-cv-00001-JDE |
| Plaintiff, | ) ) | |
| vs. | ) | JUDMGNET OF REMAND |
| LELAND DUDEK, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

The Court having approved the parties' Stipulation to Remand (Dkt. 16, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: May 5, 2025

_____
JOHN D. EARLY
United States Magistrate Judge