1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                           CENTRAL DISTRICT OF CALIFORNIA

10                                   EASTERN DIVISION

11   FLORA INEZ MORENO,                     ) No. 5:25-cv-00001-JDE
                                            )
12                       Plaintiff,         )
                                            ) ORDER AWARDING ATTORNEY
13            v.                            ) FEES UNDER THE EQUAL
                                            ) ACCESS TO JUSTICE ACT,
14   LELAND DUDEK, Acting                   ) PURSUANT TO 28 U.S.C. § 2412(d)
     Commissioner of Social Security,       )
15                                          )
                                            )
16                       Defendant.         )
                                            )
17   _____  )

18        Based upon the parties' Stipulation (Dkt. 19), IT IS ORDERED that

19   Plaintiff shall be awarded attorney's fees and expenses of $9,600.00 under 28

20   U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

21

22   Dated: May 13, 2025_____

23                                          _____

24                                          JOHN D. EARLY
                                            United States Magistrate Judge
25

26

27

28